### Dennis WILDHABER, Appellant,

v.

### STATE of Missouri, Respondent.

### No. 69779.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 18, 1997.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Dennis Wildhaber, appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 24.035 motion after an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).